SYNQOR, INC., Plaintiff–Appellee,

v.

ARTESYN TECHNOLOGIES, INC. and Astec America, Inc., Defendants–Appellants,

and

Bel Fuse, Inc., Cherokee International Corp., Delta Electronics, Inc., Delta Products Corp., Lineage Power Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power–One, Inc., Defendants.

No. 2011–1191.

United States Court of Appeals, Federal Circuit.

Jan. 31, 2011.

Donald R. Dunner, Finnegan, Henderson, Farabow, Washington, DC, Robert J. McAughan Jr., Jeffrey A. Andrews, Locke, Lord Bissell & Liddell, LLP, Houston, TX, Erik R. Puknys, Finnegan, Henderson, Farabow, Palo Alto, CA, Steven N. Williams, Kennedy, Clark & Williams, P.C., Dallas, TX, Avin Sharma, Vasquez Benisek & Lindgren, LLP, Lafayette, CA, Alan D. Smith, Fish & Richardson, P.C., Boston, MA, for Defendants–Appellants.

Constantine L. Trela, Jr., Thomas D. Rein, Robert N. Hochman, Sidley Austin

LLP, Chicago, IL, Michael D. Hatcher, Sidley Austin LLP, Dallas, TX, for Plaintiff–Appellee.

Before LINN, Circuit Judge.

## ON MOTION

### ORDER

Astec America, Inc. submits a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

It Is Ordered That:

SynQor, Inc. is directed to respond no later than February 4, 2011. The injunction is temporarily stayed to the extent that it applies to products listed on page 2 of Astec's motion that it asserts are sold by Astec to Cisco Systems, Inc. and Juniper Networks, Inc., pending this court's consideration of the papers submitted.